# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RIGOBERTO LOPEZ SALVADOR,<br><br>　　　　　　Defendant. | **8:19CR133**<br><br>**ORDER** |

This matter is before the court on the defendant's unopposed Motion to Continue Trial Date [20]. Counsel requests additional time to review discovery and confer with the defendant. For good cause shown,

**IT IS ORDERED** that the defendant's unopposed Motion to Continue Trial Date [20] is granted as follows:

1. The jury trial, now set for June 11, 2019, is continued to **July 30, 2019.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 8th day of July 2019.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　United States Magistrate Judge